An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
GUARDIANSHIP OF THE PERSON
AND ESTATE OF: OTTO D. CORSINI,
AN ADULT WARD,

SHIRLEY WODICKA,
Appellant,
vs.
KATHLEEN BUCHANAN,
Respondent.

No. 62892

**FILED**

JUN 11 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



### ORDER DISMISSING APPEAL

Appellant's motion to voluntarily dismiss this appeal is granted, with the parties to bear their own costs and fees. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. Charles J. Hoskin, District Judge, Family Court Division
Lawyerswest, Inc.
Lee A. Drizin, Chtd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17040